CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
August 25, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **MARVIN MAURICE MOORE,** ) | |
| Plaintiff, ) | Civil Action No. 7:25cv00459 |
| ) | |
| v. ) | MEMORANDUM OPINION |
| ) | |
| **RUTLEDGE, et al.,** ) | By: Robert S. Ballou |
| Defendants. ) | United States District Judge |

Plaintiff Marvin Maurice Moore, a Virginia inmate proceeding *pro se*, filed this civil action under 42 U.S.C. § 1983 against several defendants employed at four different correctional institutions. To the extent one can understand his allegations, he complains of being neglected, denied equal opportunity, destruction of his property, being verbally assaulted, having his mail withheld for seven months, denied use of the law library, denied exercise by staff, and deprived of his religious text. Compl. at 2. Moore did not pay the applicable filing fee at commencement of the suit, and court records indicate that he has at least three prior actions dismissed for failure to state a claim upon which relief may be granted before he filed this suit.[1] Under the provisions of the Prison Litigation Reform Act, Moore may not proceed with this action unless he either prepays the entire filing fee or shows that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Moore has not alleged that he is in danger of any physical injury, much less imminent danger of serious physical injury, nor has he paid the filing fee. Because he must pay the full filing fee and the administrative fee at the time he files the action, I will dismiss his Complaint

---

[1] *See, e.g., Moore v. River North*, No. 7:24cv00750 (W.D. Va. June 30, 2025); *Moore v. D.O.C.*, No. 7:24cv00541 (W.D. Va. Dec. 23, 2024); *Moore v. Irving*, No. 1:22cv1379 (E.D. Va. Sept. 17, 2024).

without prejudice to his right to refile his suit, if he so chooses, so long as his suit is accompanied by the appropriate fees at the time of filing.

    A separate final order will be entered this day.

Entered:  August 25, 2025

*Robert S. Ballou*

Robert S. Ballou
United States District Judge